**Theodore HAYES; Aqeela Fogle, Appellants**

v.

**Philip E. HARVEY**

No. 16-2692

United States Court of Appeals, Third Circuit.

Dated: December 29, 2017

Michael Donahue, Esq., Rachel Garland, Esq., George D. Gould, Esq., Community Legal Services, Philadelphia, PA, for Plaintiffs–Appellants.

Susanna Randazzo, Esq., Kolber & Randazzo, Philadelphia, PA, for Defendant–Appellee.

Present: SMITH, Chief Judge, McKEE, AMBRO, CHAGARES, JORDAN HARDIMAN, GREENAWAY, JR., VANASKIE, SHWARTZ, KRAUSE, RESTREPO, BIBAS, and FISHER *, Circuit Judges

## ORDER SUR PETITION FOR REHEARING EN BANC

D. Brooks Smith, Chief Judge

A majority of the active judges having voted for rehearing en banc in the above captioned case, it is ordered that the petition for rehearing is GRANTED. The Clerk of this Court shall list the case for rehearing en banc at the convenience of the Court. The opinion and judgment entered October 18, 2017 are hereby vacated.